IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANGELLICA ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>FRED'S, INC.,<br><br>Defendant. | Civil Action<br>File No.: 6:11-cv-0081 |

## CONSENT ORDER FOR SUBSTITUTION

The parties having consented, and good cause having been shown, it is hereby ordered that Fred's Stores of Tennessee, Inc. is substituted in place of Defendant Fred's, Inc. The caption of this case is amended accordingly, and Plaintiff shall issue an Amended Complaint within thirty days of the execution of this Consent Order. The deadlines in this case shall be calculated from the date of Fred's Stores of Tennessee, Inc.'s answering of the Amended Complaint.

So ordered this 1st day of August, 2011.

_____
MAGISTRATE JUDGE, United States District Court
Southern District of Georgia
Statesboro Division